VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITEDS STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MARIO ROJO ALANIZ,<br><br>            Defendant. | CASE NO. 1:20-CR-00174  DAD-BAM<br><br>STIPULATION TO MODIFY ORDER RE: COLLATERAL BOND AND ORDER THEREON |

TO THE HONORABLE COURT:

   Mr. Rojo Alaniz seeks to modify the composition of the collateral bond the court ordered be secured by cash and vehicles totaling $26,000 on October 5, 2020 (Dkt. No. 34). The titles for two of the vehicles included in that order--a 2006 Ford F-150 Pick-up truck valued at $8,500 and a 2008 Ford F350 Pick-Up Truck valued at $8,000--are no longer available.  Thus, Mr. Rojo Alaniz seeks to substitute the following family-owned vehicle titles to meet the bond obligation:

   1. 2011 Chevrolet Camaro, owner Jennifer Gonzalez (Mr. Rojo Alaniz's stepdaughter) with a fair market value of $7000; and

STIPULATION TO MODIFY ORDER RE: COLLATERAL BOND

1

2. 2013 Chevrolet Malibu, owner Yahaira Medina (Mr. Rojo Alaniz's stepdaughter) with a fair market value of $9500.

The remaining collateral, comprised of two additional vehicle titles and a $2500 cash bond, will be posted as ordered; its value will exceed the $26,000 collateral amount ordered.

Assistant United States Attorney Kathleen A. Servatius has received copies of the proposed collateral and agrees with the proposed substitution of vehicle titles.

Dated: October 8, 2020                     /s/ Virna L. Santos_____
                                           VIRNA L. SANTOS
                                           Attorney for Defendant
                                           Mario Rojo Alaniz

Dated: October 7, 2020                     /s/ Kathleen A. Servatius _____
                                           KATHLEEN A. SERVATIUS
                                           Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **October 8, 2020**              /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION TO MODIFY ORDER RE: COLLATERAL BOND

2