VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITEDS STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                     v.<br><br>MARIO ROJO ALANIZ,<br><br>                              Defendant. | CASE NO. 1:20-CR-00174  DAD-BAM<br><br>STIPULATION TO MODIFY ORDER RE: COLLATERAL BOND AND ORDER THEREON |

TO THE HONORABLE COURT:

Mr. Rojo Alaniz seeks to modify the composition of the collateral bond the court

ordered be secured by cash and vehicles totaling $26,000 on October 5, 2020 (Dkt. No. 34).

The titles for two of the vehicles included in that order--a 2006 Ford F-150 Pick-up truck

valued at $8,500 and a 2008 Ford F350 Pick-Up Truck valued at $8,000--are no longer

available.  Thus, Mr. Rojo Alaniz seeks to substitute the following family-owned vehicle titles

to meet the bond obligation:

1. 2011 Chevrolet Camaro, owner Jennifer Gonzalez (Mr. Rojo Alaniz's stepdaughter) with a fair market value of $7000; and

STIPULATION TO MODIFY ORDER RE: COLLATERAL BOND

2.  2013 Chevrolet Malibu, owner Yahaira Medina (Mr. Rojo Alaniz's stepdaughter) with a fair market value of $9500.

The remaining collateral, comprised of two additional vehicle titles and a $2500 cash bond, will be posted as ordered; its value will exceed the $26,000 collateral amount ordered.

Assistant United States Attorney Kathleen A. Servatius has received copies of the proposed collateral and agrees with the proposed substitution of vehicle titles.

Dated: October 8, 2020

/s/ Virna L. Santos
VIRNA L. SANTOS
Attorney for Defendant
Mario Rojo Alaniz

Dated: October 7, 2020

/s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **October 8, 2020**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO MODIFY ORDER RE: COLLATERAL BOND