PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:20-CR-00174 NODJ-BAM |
| Plaintiff, | **STIPULATION TO VACATE TRIAL DATE AND SET STATUS CONFERENCE HEARING; AND ORDER** |
| v. | |
| MARIO ROJO-ALANIZ, FRANCISCO VEGA-GUZMAN JUAN MARTINEZ-REYES | |
| Defendants. | |

Plaintiff, the United States, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this case was set for trial confirmation on January 29, 2024, and for trial on February 13, 2024, at 8:30 a.m.  Additionally, the time was excluded from July 12, 2023, through February 13, 2024, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

2.      By this stipulation, the parties now stipulate and request that the trial confirmation and trial dates be vacated and a status conference be scheduled for April 24, 2024. The defendants move to exclude time from February 13, 2024, through April 24, 2024, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

3.      This is the earliest available date to ensure continuity of defense counsel and allow sufficient time for trial preparation and further defense investigation.

4.      The parties stipulate and request that the Court make the following findings:

a)      The government has produced discovery to defense counsel and made other items available for inspection and copying.  The government will timely produce supplemental discovery, if any, that comes into its possession as it prepares for trial.  The government has conveyed plea offers to all defendants.

b)      The government continues to engage in plea negotiations with defendants Vega-Guzman and Martinez-Reyes through defense counsel.  Defense counsel for Vega-Guzman and Martinez-Reyes desire additional time to potentially resolve their client's cases, conduct additional investigation, and otherwise prepare for trial.

c)      On November 21, 2023, the Court signed an order approving the substitution of Hristo K. Bijev for defendant Mario Rojo-Alaniz in place of attorney Richard Oberto.  Since that date, the government has re-produced discovery to Mr. Bijev for review.  Discovery is voluminous in that it consists of wiretap data from multiple facilities and over 34,000 bates stamped items.  Mr. Bijev cannot be ready for the previously scheduled February 2024 trial date.

d)      Defense counsel desires additional time to complete their review of the discovery, perform additional investigation, conduct legal research, conduct plea negotiations, prepare pretrial motions, and otherwise prepare for trial.

e)      Defense counsel believes that failure to grant the above-requested continuance will deny them necessary and reasonable time for effective preparation.

f)      Based on the above findings, the ends of justice served by continuing the trial as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the period of February 13, 2024, through April 24, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional periods are excludable from the period within which trial must commence.

Dated: December 5, 2023        PHILLIP A. TALBERT
                                            United States Attorney

                                            */s/ Antonio J. Pataca*
                                            ANTONIO J. PATACA
                                            Assistant United States Attorney

Dated:  December 5, 2023            */s/ Hristo Bijev*
                                            Attorney for Hristo Bijev

Dated:  December 5, 2023            */s/ Daniel Harrelson*
                                            Attorney for Defendant Francisco Vega-Guzman

Dated: December 5, 2023             */s/ Nicholas Reyes*
                                            Attorney for Defendant Juan Martinez-Reyes

## **ORDER**

      IT IS SO ORDERED that the jury trial set for February 13, 2024, and trial confirmation set for January 22, 2024, are vacated. A status conference is set for **April 24, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **December 5, 2023**           */s/ Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE