PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO ROJO-ALANIZ,<br><br>Defendants. | CASE NO. 1:20-CR-00174-NODJ-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER** |

Plaintiff, the United States, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for status on April 24, 2024, and time was previously excluded from January 29, 2024, through April 24, 2024, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

2. By this stipulation, the parties now stipulate and request that the status conference be continued from April 24, 2024, to August 14, 2024. The defendant moves to exclude time from April 24, 2024, through August 14, 2024, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

3. This is the earliest available date to ensure continuity of defense counsel and allow sufficient time for trial preparation and further defense investigation.

4. The parties stipulate and request that the Court make the following findings:

    a) The government has produced discovery to defense counsel and made other items

available for inspection and copying.  The government will timely produce supplemental discovery, if any, that comes into its possession as it prepares for trial.  The government has conveyed plea offers to all defendants.

      b)      The government continues to engage in plea negotiations with defendant Rojo through defense counsel.

      c)      On November 21, 2023, the Court signed an order approving the substitution of Hristo K. Bijev for defendant Mario Rojo-Alaniz in place of attorney Richard Oberto.  Since that date, the government has re-produced discovery to Mr. Bijev for review.  Discovery is voluminous in that it consists of wiretap data from multiple facilities and over 34,000 bates stamped items.  Mr. Bijev has requested additional time to continue reviewing the voluminous discovery and consulting with his client.

      d)      Defense counsel desires additional time to complete their review of the discovery, perform additional investigation, conduct legal research, conduct plea negotiations, prepare pretrial motions, and otherwise prepare for trial.

      e)      Defense counsel believes that failure to grant the above-requested continuance will deny him necessary and reasonable time for effective preparation.

      f)      Based on the above findings, the ends of justice served by continuing the trial as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the period of April 24, 2024, through August 14, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional periods are excludable from the period within which trial must commence.

| | |
|---|---|
| Dated: April 17, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ *Antonio J. Pataca*<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated: April 17, 2024 | /s/ *Hristo Bijev*<br>Attorney for Hristo Bijev |

### ORDER

IT IS SO ORDERED that the status conference is continued from April 24, 2024, to **August 14, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **April 18, 2024**          /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE