KIMBERLY A. SANCHEZ
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 1:20-CR-00174 DAD-BAM** |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL DATE AND STATUS CONFERENCE HEARING** |
| v. | |
| MARIO ROJO-ALANIZ, | |
| Defendant. | |

Plaintiff, the United States, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this case was set for trial on September 9, 2025, with a trial confirmation hearing on August 25, 2025. By subsequent order, a status conference was set for August 13, 2025. Additionally, time was excluded from August 2024, through September 9, 2025, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

2.      By this stipulation, the parties now stipulate to continue the trial date to November 18, 2025, and vacate the status conference hearing. The defendant moves to exclude time from September 9, 2025, through November 18, 2025, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

3.      This is the earliest available date to ensure continuity of defense counsel and allow sufficient time for trial preparation and further defense investigation.

4.      The parties stipulate and request that the Court make the following findings:

a)     The government has produced discovery and supplemental discovery to defense counsel and made other items available for inspection and copying.  The government will timely produce supplemental discovery, if any, that comes into its possession as it prepares for trial. The government has conveyed plea offers to the defendant.

b)     On November 21, 2023, the Court signed an order approving the substitution of Hristo K. Bijev for defendant Mario Rojo-Alaniz in place of attorney Richard Oberto.  Since that date, the government has re-produced discovery to Mr. Bijev for review.  Discovery is voluminous in that it consists of wiretap data from multiple facilities and over 34,000 bates stamped items.

c)     Mr. Hristo K. Bijev has been out of the country assisting family with medical issues since May 19, 2025, and will not return to the United States until August 11, 2025. During this time, Mr. Bijev has been unable to prepare for trial, to include conduct investigation, prepare motions, and conduct research.  Consequently, Mr. Bijev desires additional time to complete their review of the discovery, perform additional investigation, conduct legal research, conduct plea negotiations, prepare pretrial motions, and otherwise prepare for trial.

d)     Defense counsel believes that failure to grant the above-requested continuance will deny them necessary and reasonable time for effective preparation.

e)     Counsel for the United States is on scheduled leave on the currently scheduled status conference date of August 13, 2025.

f)     Based on the above findings, the ends of justice served by continuing the trial as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the period of September 9, 2025, through November 18, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional periods are excludable from the period within which trial must commence.

Dated: August 4, 2025                          KIMBERLY A. SANCHEZ
                                               Acting United States Attorney

                                               /s/ *Antonio J. Pataca*
                                               ANTONIO J. PATACA
                                               Assistant United States Attorney

Dated:  August 4, 2025                         /s/ *Hristo Bijev*
                                               Attorney for Mario Rojo

1

## <u>ORDER</u>

2        Pursuant to the stipulation of the parties and good cause appearing, the previously scheduled trial

3   confirmation hearing date of August 25, 2025, and the trial date of September 9, 2025, as to defendant

4   Mario Rojo-Alaniz are vacated.  The trial confirmation hearing is continued to November 3, 2025, at

5   10:00 AM, in Courtroom 5 before District Court Judge Dale A. Drozd in Fresno, and the jury trial is

6   now scheduled for November 18, 2025, at 8:30 AM, before a District Court Judge and location to be

7   determined.  The status conference scheduled for August 13, 2025, as to this defendant is vacated.

8   Further, time is excluded from September 9, 2025, through November 18, 2025, inclusive, under 18

9   U.S.C. § 3161(h)(7)(A) and B(iv), Local Codes T and T4.  **However, no further continuances of the of**

10  **the trial confirmation hearing in this case will be granted absent a compelling showing of good**

11  **cause.**

12        IT IS SO ORDERED.

13  Dated:  __**August 5, 2025**__                    _____

14                                              DALE A. DROZD
                                                UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28