IN THE UNITED STATES DISTRICT COURT

EASTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:20–CR–00174–DWM–BAM–1 |
| Plaintiff, | |
| vs. | ORDER |
| MARIO ROJO-ALANIZ, | |
| Defendant. | |

This matter having been set for trial on November 18, 2025, IT IS

ORDERED that the following deadlines shall govern the filing of pretrial motions:

| | |
|---|---|
| All motions (including motions in limine): | October 17, 2025 |
| Responses: | October 31, 2025 |
| Optional replies: | November 7, 2025 |

These deadlines will not be extended.

DATED this 22nd day of September, 2025.

_____
Donald W. Molloy, District Judge
United States District Court