IN THE UNITED STATES DISTRICT COURT

EASTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO ROJO-ALANIZ,<br><br>Defendant. | 1:20–CR–00174–DWM–BAM–1<br><br><br>ORDER |

Counsel for Defendant Mario Rojo-Alaniz having filed a motion to continue the November 18, 2025 jury trial in this matter, (Doc. 275),

IT IS ORDERED that a motion hearing is set for October 9, 2025, at 9:00 a.m. (PDT) in Courtroom 5 at the Robert E. Coyle Federal Courthouse in Fresno, California. Counsel must appear in person. The defendant's presence is not required. *See* Fed. R. Crim. P. 43.

DATED this 6th day of October, 2025.

Donald W. Molloy, District Judge
United States District Court