ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO ROJO ALANIZ,<br><br>Defendants. | CASE NO. 1:20-CR-00174 DWM-BAM<br><br>STIPULATION TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING; ORDER |

Plaintiff, the United States, by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for trial confirmation on November 3, 2025, and trial on November 18, 2025.

2. The United States and defendant, Mario Rojo-Alaniz, request that the Court vacate the trial confirmation hearing and trial, and set this matter for a change of plea hearing on December 1, 2025. The defendants move to exclude time from November 18, 2025, through December 1, 2025, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

3. The parties stipulate and request that the Court make the following findings:

   a) The government has produced discovery and supplemental discovery to defense counsel and made other items available for inspection and copying.

   b) Defense counsel desires additional time to prepare for the change of plea hearing,

STIPULATION TO SET CHANGE OF PLEA HEARING

1

investigate and prepare matters in mitigation and extenuation, and prepare for sentencing.

        c)     Defense counsel believes that failure to grant the above-requested continuance will deny them necessary and reasonable time for effective preparation.

        d)     Based on the above findings, the ends of justice served by continuing the trial as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the period of November 18, 2025, through December 1, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: October 17, 2025

ERIC GRANT
United States Attorney

/s/ *Antonio J. Pataca*
ANTONIO J. PATACA
Assistant United States Attorney

Dated: October 17, 2025

/s/ *Hristo Bijev*
Attorney for Defendant Mario Rojo-Alaniz

STIPULATION TO SET CHANGE OF PLEA HEARING     2

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: October 17, 2025

_____
Honorable Donald W. Molloy
UNITED STATES DISTRICT JUDGE