IN THE UNITED STATES DISTRICT COURT

EASTER DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:20–CR–00174–DWM–BAM–1 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MARIO ROJO-ALANIZ, | |
| Defendant. | |

The United States having filed a motion to dismiss this matter in light of the defendant's deportation on October 24, 2025,

IT IS ORDERED that the motion (Doc. 283) is GRANTED. The indictment in this matter is DISMISSED WITHOUT PREJUDICE. *See* Fed. R. Crim. P. 48(a). All pending motion are DENIED as MOOT and all hearings are VACATED.

DATED this 28th day of October, 2025.

_____
Donald W. Molloy, District Judge
United States District Court