HRISTO K BIJEV, #216521
Attorney at Law
1330 L Street, Ste. B
Fresno, California 93721
Telephone: (559) 264-6585
Facsimile: (559) 264-6611
e-mail: bijevlaw@yahoo.com

Attorney for Defendant: MARIO ROJO ALANIZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>MARIO ROJO ALANIZ,<br><br>Defendant | Case No.: 1:20-cr-00174 DWM-BAM<br><br>MOTION TO TERMINATE RETAINED COUNSEL HRISTO BIJEV AS ATTORNEY OF RECORD AND ORDER |

On September 29, 2020, Defendant, Mario Rojo Alaniz was indicted on federal charges. Attorney Hristo Bijev was privately retained to represent Mr. Rojo Alaniz on November 15, 2023, in his criminal case. On August 14, 2025, Counsel was advised that Mr. Rojo Alaniz has been detained by ICE. We were later advised by his family that Mr. Rojo Alaniz was deported back to his country of origin sometime on October 24, 2025. Since then, the criminal case against Mr. Rojo Alaniz has been dismissed without prejudice therefore concluding my duty as his attorney. Counsel has no contact with the client.

Dated: 12/08/2025
                                                     Hristo Bijev
                                       Law Offices of Hristo Bijev
                              By:   /s/_____
                                       Hristo K. Bijev, Esq.
                                       Attorney for Defendant
                                       Mario Rojo Alaniz

**O R D E R**

Having reviewed the notice and found that attorney Hristo K. Bijev has completed the services for which he was retained, the Court hereby grants attorney Hristo K. Bijev request for leave to withdraw as defense counsel in the matter.

**IT IS SO ORDERED.**

DATED: December 9, 2025

_____
Troy L. Nunley
Chief United States District Judge