# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO ROJO-ALANIZ,<br><br>Defendant. | Case No.  1:20-cr-00174-DAD-EPG-1<br><br>ORDER EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY CASH BOND TO SURETY |

As relevant here, on October 5, 2020, the assigned Magistrate Judge held a detention hearing as to Defendant Mario Rojo-Alaniz and ordered that Defendant would be released on a $26,000 collateral bond ($23,500 secured by the clean and salvage titles of certain vehicles and $2,500 in cash).  (ECF Nos. 34, 46, 54.)  On October 9, 2020, Surety Jennifer Sanchez posted a cash bond in the amount of $2,500 (Receipt #CAE100046737).  (ECF No. 47.)  Defendant and Surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence."  (Id.)

On October 24, 2025, Defendant was deported.  (ECF No. 284.)  The Government moved to dismiss the indictment without prejudice, which the Court granted.  (ECF Nos. 283, 284.)

On February 19, 2026, the Court ordered the Government to show cause in writing within fourteen days why the appearance bond should not be released to the Surety.  (ECF No. 296.)

The government filed a non-opposition the following day.  (ECF No. 297.)

The Court finds that Defendant has complied with the conditions of his bond and that no conditions remain to be satisfied.

Accordingly, IT IS HEREBY ORDERED THAT the $2,500 appearance bond posted by Jennifer Sanchez on behalf of Mario Rojo-Alaniz is exonerated.  The Clerk of Court is DIRECTED to serve a copy of this order on the surety and return the $2,500 appearance bond to Jennifer Sanchez at the address of record.

IT IS SO ORDERED.

Dated:    **March 6, 2026**    _____

STANLEY A. BOONE
United States Magistrate Judge